IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:21-cr-00158-3 |
| | ) | |
| | ) | CHIEF JUDGE CAMPBELL |
| DEMARCUS ADAMS | ) | |

## POSITION OF THE UNITED STATES
## WITH RESPECT TO SENTENCING FACTORS

COMES NOW the United States of America, by and through the undersigned Assistant

United States Attorney, Joshua A. Kurtzman, and, in accordance with the prior orders of this

court and in compliance with LCrR 32.01(c), submits the position of the United States in this

case with respect to sentencing factors.

The United States has no objections to the Revised Pre-sentence Report (the "PSR"). The

United States also understands that Defendant has no objections to the Revised PSR. The United

Stated submits that it has provided a copy of this sentencing position appropriate personnel with

the United States Probation Office and defense counsel through the filing of this Position.

Respectfully submitted,

ROBERT E. MCGUIRE
Acting United States Attorney

By: /s/ Joshua A. Kurtzman
JOSHUA A. KURTZMAN
Assistant U.S. Attorneys
719 Church Street, Suite 3300
Nashville, Tennessee 37203