# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:21-cr-00158-02 |
| | ) | 3:22-cr-00117-02 |
| | ) | |
| | ) | CHIEF JUDGE CAMPBELL |
| JARIUS BRUNSON | ) | |

## POSITION OF THE UNITED STATES
## WITH RESPECT TO SENTENCING FACTORS

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and files this Position of the United States with Respect to Sentencing Factors. In support thereof, the Government would show the following:

### GOVERNMENT'S POSITION

The Government has no objections to the Presentence Investigation Report, revised August 12, 2025, prepared by the United States Probation Office, and the corresponding Guidelines calculations contained therein. The Government addresses the Title 18, United States Code, Section 3553(a) factors and its sentencing recommendation in its separately filed sentencing memorandum.

### GOVERNMENT'S RESPONSE TO DEFENDANT'S OBJECTIONS

The defendant currently has two outstanding objections:

**Defendant's Objection to Application of U.S.S.G. § 2K2.1(b)(1)(D):**

The undersigned Assistant United States Attorney has conferred with defense counsel, and, at the upcoming sentencing hearing, the defendant intends to withdraw his objection to the application of U.S.S.G. 2K2.1(b)(1)(D), which results in an 8-level upward adjustment to his guidelines because the conspiracy in this case involved 100 to 199 firearms.

**Defendant's Objection to Application of U.S.S.G. § 2K2.1(b)(5):**

The defendant objects to the application of both the four-level enhancement applied pursuant to U.S.S.G. § 2K2.1(b)(5) for his trafficking of firearms and the four-level enhancement applied pursuant to U.S.S.G. § 2K2.1(b)(6)(B) because he possessed a firearm in relation to another felony offense. The Government concurs with the probation officer's response to this objection and asserts that both Guidelines' enhancements are appropriately applied under the facts of this case.

Respectfully submitted,

ROBERT E. MCGUIRE
First Assistant United States Attorney

By:   /s/ Kathryn D. Risinger
KATHRYN D. RISINGER
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203

2